1
2
3
4
5                          **UNITED STATES DISTRICT COURT**

6                              **DISTRICT OF NEVADA**

7   RACHEL PASHMAN,                        )
                                           )
8            Plaintiff,                     )
                                           )
9        v.                                 )          2:14-cv-1974-GMN-CWH
                                           )
10  JOHN DOE,                              )          **ORDER**
                                           )
11           Defendant.                     )
                                           )
12  _____ )

13  **I.    DISCUSSION**

14          Plaintiff, who is a prisoner in the custody of the Nevada Department of Corrections

15  ("NDOC"), has filed a letter with the U.S. District Court Clerk.  (ECF No. 1).  Plaintiff has not

16  filed a complaint, has not paid the full filing fee for this matter, and has not filed an application

17  to proceed *in forma pauperis*.

18          Pursuant to Federal Rule of Civil Procedure 3, "[a] civil action is commenced by filing

19  a complaint with the court."  Fed. R. Civ. P. 3.   As such, the Court grants Plaintiff thirty (30)

20  days from the date of this order to submit a complaint to this Court.

21          Pursuant to 28 U.S.C. § 1915(a)(2) and Local Rule LSR 1-2, Plaintiff must complete an

22  application to proceed *in forma pauperis* and attach both an inmate account statement for the

23  past six months and a properly executed financial certificate.  Plaintiff will be granted an

24  opportunity to file an application to proceed *in forma pauperis*, or in the alternative, pay the full

25  filing fee for this action.  If Plaintiff chooses to file an application to proceed *in forma pauperis*

26  she must file a fully complete application to proceed *in forma pauperis*.

27  ///

28  ///

**II.     CONCLUSION**

      For the foregoing reasons, IT IS ORDERED that Plaintiff shall submit a complaint to this Court within thirty (30) days from the date of this order.

      IT IS FURTHER ORDERED that the Clerk of the Court shall send to Plaintiff the approved form for filing a 42 U.S.C. § 1983 complaint and instructions for the same.

      IT IS FURTHER ORDERED that the Clerk of the Court shall send Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

      IT IS FURTHER ORDERED that within thirty (30) days from the date of this order, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

      IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

      DATED: This 2nd day of December, 2014.

_____
United States Magistrate Judge

2