# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RACHEL LEAH PASHMAN,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:14-cv-01974-GMN-CWH

**ORDER**

    Petitioner has submitted a motion for emergency injunctive relief (#5). She claims that a court has ordered her and her grandchildren tortured remotely by means of microchips implanted in them. Her other allegations are even more fanciful. The court will not grant relief based upon such frivolous actions.

    The court has reviewed the petition for a writ of habeas corpus pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. Petitioner is challenging the validity of a judgment of conviction of a state court. However, it appears that petitioner has not yet exhausted her available state-court remedies, which 28 U.S.C. § 2254(b) requires. To exhaust a ground for relief, a petitioner must fairly present that ground to the state's highest court, describing the operative facts and legal theory, and give that court the opportunity to address and resolve the ground. See Duncan v. Henry, 513 U.S. 364, 365 (1995) (per curiam); Anderson v. Harless, 459 U.S. 4, 6 (1982). The court has reviewed the on-line docket of the Nevada Supreme Court.[1] It does not appear that petitioner has ever brought any of her claims to that court. Petitioner will need to show cause why the court should not dismiss this action.

    **IT IS THEREFORE ORDERED** that petitioner's motion for emergency injunctive relief (#5) is **DENIED**.

---

[1] http://caseinfo.nvsupremecourt.us/public/publicActorSearch.do (last visited January 30, 2015).

1 **IT IS FURTHER ORDERED** that petitioner shall have thirty (30) days from the date of entry of this order to show cause why the court should not **dismiss this action** for the failure to exhaust available state-court remedies. Failure to comply with this order will result in the dismissal of this action.

**IT IS FURTHER ORDERED** that the clerk shall add Adam Laxalt, Attorney General for the State of Nevada, as counsel for respondents.

**IT IS FURTHER ORDERED** that the clerk shall electronically serve upon respondents a copy of the petition and this order. Respondents' counsel shall enter a notice of appearance herein within **twenty (20) days** of entry of this order, but no further response shall be required from respondents until further order of the court.

**DATED** this 3rd day of February, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court