# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RACHEL LEAH PASHMAN,

    Petitioner,

vs.

STATE OF NEVADA, et al.,

    Respondents.

Case No. 2:14-cv-01974-GMN-CWH

**ORDER**

The court directed petitioner to show cause why this action should not be dismissed for the failure to exhaust available state-court remedies, required by 28 U.S.C. § 2254(b).  Order (#6).  Petitioner has filed a response (#8).  Petitioner does not address whether she actually has exhausted her state-court remedies.  Instead, she repeats the fanciful allegations of torture by government-implanted microchips.  The court is unable to grant petitioner any relief through habeas corpus because she has not exhausted her state-court remedies, and the court will dismiss this action.

Reasonable jurists would not find this conclusion to be debatable or wrong, and the court will not issue a certificate of appealability.

Petitioner has filed a motion to combine all related cases (#9) and a motion to stop torture (#10).  These motions repeat the fanciful allegations of torture by government-implanted microchips.  The court denies these motions as moot because the court is dismissing this action.

IT IS THEREFORE ORDERED that the motion to combine all related cases (#9) and the motion to stop torture (#10) are **DENIED** as moot.

**IT IS FURTHER ORDERED** that this action is **DISMISSED** for plaintiff's failure to exhaust available state-court remedies.  The clerk of the court shall enter judgment accordingly.

**IT IS FURTHER ORDERED** that a certificate of appealability shall not issue.

**DATED** this 13th day of May, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court