1
2
3
4
5
6
7
8                     **UNITED STATES DISTRICT COURT**

9                           **DISTRICT OF NEVADA**

10

11    RACHEL LEAH PASHMAN,              Case No. 2:14-cv-01974-GMN-CWH

12               Petitioner,            **ORDER**

13         v.

14    STATE OF NEVADA, et al.,

15               Respondents.

16

17         In this long-closed action, petitioner has sent the court a letter (ECF No. 15).  Based upon

18    the letter and the attached documents, petitioner is trying to obtain a copy of a state-court ruling.

19    Petitioner has sent her request to the wrong court.  She needs to ask the Eighth Judicial District

20    Court of the State of Nevada for a copy of the ruling.

21         IT THEREFORE IS ORDERED that the clerk of the court send petitioner a copy of the

22    docket sheet.

23         IT FURTHER IS ORDERED that no further action be taken upon the letter (ECF No. 15).

24         DATED: October 18, 2019

25                                       _____

26                                       GLORIA M. NAVARRO
                                         United States District Judge
27

28

                                          1